IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPI SCHAFLER, MSS JD, | No. C 11-3175 SI |
| Plaintiff/Petitioner, | **ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT THE DOCKET** |
| v. | |
| RANDALL NEWSOME *et al.*, | |
| Defendants/Respondents. | |

"Plaintiff-Petitioner" Pepi Schafler has filed a motion to correct the caption in this case. This action was originally opened as a miscellaneous case, C 10-80137 MISC VRW. After Judge Walker retired, the miscellaneous case was reassigned to Chief Judge Ware. Because Ms. Schafler is subject to a pre-filing order, Judge Ware referred the case to Judge Hamilton for determination of whether this case was barred by the pre-filing order; Judge Hamilton determined that it was not. Accordingly, in an order filed June 24, 2011, Judge Ware directed the Clerk to close the miscellaneous action, and to open a new civil action. This new civil action, C 11-3175 SI, was assigned to this Court.

Ms. Schafler has filed a motion seeking to correct a clerical error in the caption. When this civil action was opened, the Clerk mistakenly listed the wrong defendant, HSBC Bank USA. Ms. Schafler states that this case is a petition for habeas corpus, and that the correct defendants are Chief Judge Randall Newsome of the United States Bankruptcy Court for the Northern District of California, and "two corrupt, deceptive officers of the court," Richard J. Spear and Dennis D. Davis. Motion at 1-2.

Accordingly, the Court GRANTS plaintiff's motion and directs the Clerk to correct the caption in this case. The Clerk shall delete HSBC Bank USA as a defendant, and list Judge Newsome, Richard J. Spear and Dennis D. Davis as defendants. The Court informs plaintiff that she is responsible for

serving these defendants with the petition/complaint. Plaintiff must serve these defendants with a copy of the petition/complaint and the summons within 120 days of the filing of the petition. *See* Federal Rule of Civil Procedure 4(c),(m). This case was opened on June 27, 2011, and thus defendants must served no later than **October 25, 2011**, or the case will be dismissed without prejudice. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: August 19, 2011

SUSAN ILLSTON
United States District Judge