**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

PEPI SCHAFLER, MSS JD,

No. C 11-03175 CRB

12

Plaintiff,

**ORDER FINDING CASE BARRED BY VEXATIOUS LITIGANT ORDER**

13

v.

14

HSBC BANK USA ET AL,

15

Defendant.

16

_____/

17

Judge Illston referred this case to this Court for a determination of whether it is

18

permitted under the terms of the vexatious litigant order issued by this Court on October 28,

19

2004 in Schafler v. Newsome et al., C 04-2535 CRB.  See dkt. 15.  This Court finds that the

20

present case is not permitted under the terms of that Order.

21

**IT IS SO ORDERED.**

22
23

Dated: October 28, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

24
25
26
27
28

G:\CRBALL\2011\3175\order re vex lit order.wpd