IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPI SCHAFLER, MSS JD,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK USA ET AL,<br><br>    Defendant.<br>_____/ | No. C 11-03175 CRB<br><br>**ORDER FINDING CASE BARRED BY VEXATIOUS LITIGANT ORDER** |

Judge Illston referred this case to this Court for a determination of whether it is permitted under the terms of the vexatious litigant order issued by this Court on October 28, 2004 in <u>Schafler v. Newsome et al.</u>, C 04-2535 CRB. <u>See</u> dkt. 15. This Court finds that the present case <u>is not permitted</u> under the terms of that Order.

**IT IS SO ORDERED.**

Dated: October 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3175\order re vex lit order.wpd