**United States District Court**
For the Northern District of California

1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    PEPI SCHAFLER, MSS JD,                      No. C 11-3175 SI

9              Plaintiff/Petitioner,             **ORDER DISMISSING CASE WITHOUT
                                                 LEAVE TO AMEND**
10     v.

11   RANDALL NEWSOME *et al.*,

12             Defendants/Respondents.
                                        /
13

14

15       In an order filed October 28, 2011, Judge Breyer determined that this action is not permitted

16   under the terms of the vexatious litigant order issued by Judge Breyer in *Schafler v. Newsome et al.*, C

17   04-2535 CRB (Docket No. 15).

18       Accordingly, the Court DISMISSES this case WITHOUT LEAVE TO AMEND.

19

20       **IT IS SO ORDERED.**

21

22   Dated: October 28, 2011

23                                               SUSAN ILLSTON
                                                 United States District Judge

24

25

26

27

28