**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPI SCHAFLER, MSS JD, | No. C 11-3175 SI |
| Plaintiff/Petitioner, | **ORDER DISMISSING CASE WITHOUT LEAVE TO AMEND** |
| v. | |
| RANDALL NEWSOME *et al.*, | |
| Defendants/Respondents. / | |

In an order filed October 28, 2011, Judge Breyer determined that this action is not permitted under the terms of the vexatious litigant order issued by Judge Breyer in *Schafler v. Newsome et al.*, C 04-2535 CRB (Docket No. 15).

Accordingly, the Court DISMISSES this case WITHOUT LEAVE TO AMEND.

**IT IS SO ORDERED.**

Dated: October 28, 2011

SUSAN ILLSTON
United States District Judge