IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEPI SCHAFLER, MSS JD,<br><br>    Plaintiff/Petitioner,<br><br>  v.<br><br>RANDALL NEWSOME *et al.*,<br><br>    Defendants/Respondents.<br>_____ / | No. C 11-3175 SI<br><br>**ORDER DENYING PETITIONER'S MOTION FOR ORDER DIRECTING SERVICE AND DENYING PETITIONER'S MOTION FOR RECONSIDERATION** |

In an order filed October 28, 2011, the Court dismissed this action without leave to amend based on Judge Breyer's determination that this action is not permitted under the terms of the vexatious litigant order issued in *Schafler v. Newsome et al.*, C 04-2535 CRB (Docket No. 15).

After this case was dismissed, petitioner filed several motions, including a motion for reconsideration. The Court DENIES petitioner's motions. Docket Nos. 18 & 20. If petitioner wishes to challenge the dismissal of this lawsuit, she may file an appeal.

**IT IS SO ORDERED.**

Dated: November 16, 2011

                                                          SUSAN ILLSTON<br>
                                                          United States District Judge